No. 29,593.

(293 Pac. 763.)

CHARLES W. JOHNSON, Receiver for the Douglas County Farmers Union Bank, *Appellee*, v. R. B. LaDUKE, *Appellant*.

Opinion filed December 6, 1930.

*Edward T. Riling* and *John J. Riling*, both of Lawrence, for the appellant.

*J. B. Wilson*, of Lawrence, for the appellee.

The opinion of the court was delivered by

HARVEY, J.: The appeal in this case presents the same question as that determined in *Johnson v. Goff*, just decided. The facts are similar except that on one of the several renewals of the original note a part of the principal was paid.

The judgment of the court below is affirmed.